# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-2582

_____

Norma Beck

*Plaintiff - Appellant*

v.

Brian Moynihan; Bank of America

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 28, 2012
Filed: January 7, 2013
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Norma Beck appeals the district court's[1] Federal Rule of Civil Procedure 41(b) dismissal of her civil complaint without prejudice. Having carefully reviewed the

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

record, we conclude that dismissal was proper for the reasons stated by the district court.  <u>See</u> <u>Brown v. Frey</u>, 806 F.2d 801, 803 (8th Cir. 1986) (court may dismiss action for pro se litigant's failure to comply with any court order).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny Beck's pending motion.

_____